# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 14-5004** | **September Term, 2013** |
| | **1:13-cv-00851-RJL** |
| | **Filed On:** May 28, 2014 |

Larry Elliott Klayman, et al.,

      Appellees

    v.

Barack Hussein Obama, et al.,

      Appellants

Roger Vinson,

      Appellee

------------------------------
Consolidated with 14-5016
_____

**No. 14-5005**                                                                                   1:13-cv-00881-RJL

Larry Elliott Klayman, et al.,

      Appellees

    v.

Barack Hussein Obama, et al.,

      Appellants

Facebook, et al.,

      Appellees

------------------------------
Consolidated with 14-5017

      **BEFORE:**    Griffith, Srinivasan, and Wilkins, Circuit Judges

### O R D E R

      Upon consideration of the motion to consolidate cases and set a briefing schedule and for leave to file out of time, and the notice of non-consent; and the motion to strike and for sanctions, the opposition thereto, and the reply, it is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-5004**                                       **September Term, 2013**

**ORDERED** that the motion to strike and for sanctions be denied.  It is

**FURTHER ORDERED** that the motion for leave to file be granted.  It is

**FURTHER ORDERED** that the motion to consolidate be granted, and Nos. 14-5004 and 14-5016 be consolidated with Nos. 14-5005 and 14-5017.  It is

**FURTHER ORDERED** that the motion to set a briefing schedule be granted. The Clerk is directed to enter a briefing order.

**Per Curiam**