# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 14-5004** | **September Term, 2013** |
| | 1:13-cv-00851-RJL |
| | 1:13-cv-00881-RJL |
| | **Filed On:** May 28, 2014 |

Larry Elliott Klayman, et al.,

      Appellees

    v.

Barack Hussein Obama, et al.,

      Appellants

Roger Vinson,

      Appellee

------------------------------
Consolidated with 14-5005, 14-5016, 14-5017

### O R D E R

Upon consideration of the court's order entered this day, directing entry of a briefing order, it is

**ORDERED** that the following briefing schedule will apply in these consolidated cases:

| | |
|---|---|
| Brief for the Government Appellants | July 14, 2014 |
| Appendix | July 14, 2014 |
| Joint Principal and Response Brief for Plaintiff Appellees/Cross-Appellants | August 13, 2014 |
| Brief of Amicus Curiae in Support of Plaintiff Appellees/ Cross-Appellants | August 20, 2014 |
| Response and Reply Brief for Government Appellants/Cross-Appellees | September 4, 2014 |
| Joint Reply Brief for Plaintiff Appellees/ Cross-Appellants | September 19, 2014 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-5004**                                                                 **September Term, 2013**

      The briefing format and length limitations are governed by Federal Rules of Appellate Procedure 28.1 (cross-appeals) and 29 (brief of an amicus curiae).

      To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms.  While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known.  See <u>D.C. Circuit Handbook of Practice and Procedures</u> 41 (2013); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

      Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief.  Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  <u>See</u> Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  <u>See</u> D.C. Cir. Rule 28(a)(8).

                                                  **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

                          BY:    /s/
                                     Timothy A. Ralls
                                     Deputy Clerk